**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

EMILIA ARCOS AVILA,

      Petitioner,

      v.

WARDEN, STEWART DETENTION
CENTER, et al.,

      Respondents.

CIVIL ACTION NO.: 5:26-cv-711

## O R D E R

Petitioner Emilia Avila ("Avila"), who is currently incarcerated at the Stewart Detention Center in Lumpkin, Georgia, filed a Petition for Writ of Habeas Corpus based on 28 U.S.C. § 2241. Avila seeks to challenge her detention at the Stewart Detention Center, which is an Immigration and Customs Enforcement ("ICE") facility in Stewart County, Georgia. Doc. 1.

It is prudent to address the venue of this action. District courts are authorized to grant writs of habeas corpus "within their respective jurisdictions," 28 U.S.C. § 2241(a), and such writs "shall be directed to the person having custody of the person detained." 28 U.S.C. § 2243. Therefore, the proper party respondent is the "person who has the immediate custody of the party detained, with the power to produce the body of such party before the court or judge." Rumsfeld v. Padilla, 542 U.S. 426, 434–35 (2004) (citation omitted).

Because Avila is attacking her detention and the nature of that detention, she should have filed her Petition in the District Court for the Middle District of Georgia, where she is detained, rather than in this Court's Waycross Division. 28 U.S.C. § 90(b); Ramirez v. Hastings, No. CV214-085, 2015 WL 1022363, at *2 (S.D. Ga. Mar. 9, 2015) ("[A] habeas petition under

section 2241 generally is available only for challenging the execution of a sentence or the nature of confinement, 'not the validity of the sentence itself or the fact of confinement,' and is filed in the district of incarceration.") (internal citation omitted).  Accordingly, the Court **DIRECTS** the Clerk of Court to **TRANSFER** the instant cause of action to the District Court for the Middle District of Georgia, Columbus Division.  28 U.S.C. § 90(b)(3).

      **SO ORDERED**, this 3rd day of June, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2